

RECEIVED
MAY 26 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:15CR070

JIXIAN ZHU and DONG LIN                      18 U.S.C. § 371
                                                                      18 U.S.C. § 1029(a)
                                                                      18 U.S.C. § 2

## NOTICE OF PENALTIES

### Count One

NMT 5 years imprisonment - 18 U.S.C. § 371;
NMT $250,000 fine - 18 U.S.C. § 3571;
NMT 3 years supervised release - 18 U.S.C. § 3583(b)(2); and
$100 special assessment - 18 U.S.C. 3013(a)(2)(A).

### Counts Two and Three

NMT 10 years imprisonment - 18 U.S.C. § 1029(c);
NMT $250,000 fine, or both - 18 U.S.C. § 3571;
NMT 3 years supervised release - 18 U.S.C. § 3583(b)(2); and
$100 special assessment - 18 U.S.C. 3013(a)(2)(A).

ROBERT J. MIMS, MSB #9913
Assistant United States Attorney
900 Jefferson Avenue
Oxford MS 38655
telephone 662/234-3351
fax 662/234-3372